**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

ANTONIO J. WILEY,

Plaintiff,

Civil Action No.: 3:26-cv-00033-jdp

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---

**ORDER ON THE PARTIES JOINT MOTION FOR AN AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28U.S.C. § 2412**

---

This matter coming before the court on the parties' joint motion (ECF No. 14) to award fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and the court being fully advised,

**IT IS HEREBY ORDERED** that Plaintiff is awarded $5,405.00 (five thousand four hundred five dollars and zero cents) for attorney fees and expenses in full satisfaction of any and all claims that may be payable to plaintiff in this matter under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

Any fees paid belong to plaintiff and not plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). If defendant can verify that plaintiff does not owe a pre-existing debt to the government subject to the offset, defendant will direct that the award be made payable to **Jennifer Dunn**, pursuant to the EAJA assignment duly signed by plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: **Dunn Law, PLLC, 890 Winter Street, Suite 230, Waltham, MA 02451.**

Dated this 5TH day of OCTOBER, 2026.

JAMES D. PETERSON
Chief United States District Judge